# UNITED STATES DISTRICT COURT
### District of New Mexico

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| **Marcus Dallas** | Case Number:  **1:98CR00338-002-JP** |
|  | USM Number: **13676-051** |
|  | Defense Attorney: **Jason Bowles** |

THE DEFENDANT:

☒  admitted guilt to violations of condition(s)  **Mandatory, Standard, Special**  of the term of supervision.
☐  was found in violation of condition(s)    after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant committed another federal, state, or local crime. | 11/05/2002 |

The defendant is sentenced as provided in pages 1 through **3** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)    and is discharged as to such violation(s).

IT IS FURTHER ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| **9414** | **October 23, 2013** |
|---|---|
| Last Four Digits of Defendant's Soc. Sec. No. | Date of Imposition of Judgment |
| **1977** | **/s/ Eric F. Melgren** |
| Defendant's Year of Birth | Signature of Judge |
| **Albuquerque, NM** | **Eric F. Melgren** |
|  | **United States District Judge** |
| City and State of Defendant's Residence | Name and Title of Judge |
|  | **November 7, 2013** |
|  | Date Signed |

AO 245D (Rev. 12/10) Sheet 1 Judgment in a Criminal Case for Revocations Sheet 1A                                                                                                  Judgment Page 2 of 3

Defendant: **Marcus Dallas**
Case Number: **1:98CR00338-002-JP**

## ADDITIONAL VIOLATIONS

| *Violation Number* | *Nature of Violation* | *Violation Ended* |
|---|---|---|
| Mandatory Condition | The defendant failed to refrain from the use of a controlled substance. | 08/31/2001 |
| Standard Condition | The defendant failed to report to the probation officer and submit a complete written report within the first five days of each month. | 09/27/2004 |
| Standard Condition | The defendant failed to answer truthfully all inquiries by the probation officer and failed to follow instructions of the probation officer. | 09/27/2004 |
| Special Condition | The defendant failed to participate in a program for substance abuse approved by the United States Probation Office, which may include testing to determine whether the defendant has reverted to the use of alcohol and/or drugs. | 09/18/2001 |

AO 245D (Rev. 12/10) Judgment in a Criminal Case for Revocations
Sheet 2 Imprisonment
Judgment Page 3 of 3

Defendant: **Marcus Dallas**
Case Number: **1:98CR00338-002-JP**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months and 1 day** .

**A term of supervised release is not imposed.**

☐ The court makes these recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at  on
  ☐ as notified by the United States Marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on
  ☐ as notified by the United States Marshal
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to
_____ at _____ with a certified copy of this judgment.


UNITED STATES MARSHAL

By 
DEPUTY UNITED STATES MARSHAL